**FILED**
**JUN 11 2025**
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | **4:25CR311-SRC/JMB** |
| ALBER EDUARDO LAGOS-MONTES, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 17, 2025, in the Eastern District of Missouri, the defendant,

**ALBER EDUARDO LAGOS-MONTES,**

an alien, was found in the United States after having been removed therefrom to Honduras, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

MATTHEW T. DRAKE
Acting United States Attorney

_____
KYLE T. BATEMAN, #996646DC
Assistant United States Attorney